IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| WILLIAM J. and PHYLLIS W. SAUDERS, et al., | ) ) | |
| Plaintiffs, | ) ) | C.A. No.: 2:93-3077-23 |
| v. | ) ) | |
| SOUTH CAROLINA PUBLIC SERVICE AUTHORITY, a/k/a SANTEE COOPER, | ) ) | |
| Defendant. | ) ) | |
| WILLIAM J. AND PHYLLIS W. SAUDERS, et al., | ) ) | |
| Plaintiffs, | ) ) | C.A. No.: 2:97-0673-23 |
| v. | ) ) | |
| SOUTH CAROLINA PUBLIC SERVICE AUTHORITY, a/k/a SANTEE COOPER, | ) ) | |
| Defendant. | ) ) | |
| HERBERT BUTLER, et al., | ) | |
| Plaintiffs, | ) ) | C.A. No.: 2:03-0934-23 |
| v. | ) ) | |
| SOUTH CAROLINA PUBLIC SERVICE AUTHORITY, a/k/a SANTEE COOPER, | ) ) | |
| Defendant. | ) ) | |

SUPPLEMENTAL ORDER ON THE AWARD
OF ATTORNEYS' FEES AND COSTS

On March 30, 2011, this Court entered an Order granting the Plaintiffs Statutory Attorneys' Fees and Costs in the above-captioned matter. (Doc. #279). A Final Order and Judgment was entered on August 23, 2011. (Doc. # 285).

A hearing was held on December 6, 2011, and all Plaintiffs were provided the opportunity to provide the Court with their positions on which method of allocation was to be used to disburse the attorney fees and costs awarded. On December 12, 2011, this Court ordered that the pro-rata method of distribution should be utilized, which would allocate the attorney fees awarded based on the Landowners' percentage share of the total award as per the Final Order and Judgment to allow for the fairest and most equitable result considering all Parties involved.

Plaintiffs' Counsel was ordered to calculate each Plaintiff's apportionment of the statutory award of fees and costs in accordance with its Order and to submit therewith a proposed order with the final calculations. Having reviewed those final numbers, the Court orders that the statutory reimbursement of attorneys' fees shall be apportioned as detailed in Exhibit A (attached hereto). Likewise, the Plaintiffs' costs shall be reimbursed.

Therefore, it is so ordered that final disbursement of the apportioned attorneys fees and costs be made.

_____
PATRICK MICHAEL DUFFY
United States District Judge

Charleston, South Carolina
December 21, 2011